**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| **In re** Air crash over the Java Sea on January 9, 2021 | MDL-3072 |

**Amended Exhibits in Support of Motion for Transfer of Actions to
the Northern District of Illinois Pursuant to 28 U.S.C. § 1407 for Coordinated
or Consolidated Pretrial Proceedings**

Amended Exhibits A, B, D, E, and J to Motion of Defendant The Boeing Company for Transfer of Actions to the Northern District of Illinois Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings are attached hereto.

Dated: January 30, 2023.

By: /s/ Kathleen Stetsko
Kathleen Stetsko
KStetsko@perkinscoie.com
**Perkins Coie LLP**
110 North Wacker Drive, 34th Floor
Chicago, Illinois 60606-0002
Phone: (312) 324-8400
Fax: (312) 324-9400

Mack H. Shultz, Jr.
MShultz@perkinscoie.com
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: (206) 359-8000
Fax: (206) 359-9000

*Attorneys for The Boeing Company*